**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                          **CASE NO.  4:13-CR-00329-14 BSM**
                                          **4:16-CV-00381 BSM**

**MICHAEL MCDONALD**                                                          **DEFENDANT**

**ORDER**

Defendant Michael McDonald's motion for reconsideration [Doc. No. 578] is denied

for the same reasons set out in the June 22, 2016, order.  *See* Doc. No. 566.

IT IS SO ORDERED this 21st day of October 2016.

_____
UNITED STATES DISTRICT JUDGE

1